UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BARRY GLENN HARDISON, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 3:13-cv-0495 |
| v. | ) Judge Aleta A. Trauger |
| | ) |
| LOIS WAGSTROM, MD. P.C., and LOIS WAGSTROM, M.D. individually, | ) |
| | ) |
| **Defendants,** | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion to Strike (Docket No. 57) is **GRANTED**, the defendants Motion for Summary Judgment (Docket No. 46) is **GRANTED**, and the defendants' Motion to Modify Protective Order (Docket No. 27) is **DENIED AS MOOT**.

The plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. Entry of this Order shall constitute judgment in the case.

It is so **ORDERED**.

Enter this 12th day of December 2014.

_____
ALETA A. TRAUGER
United States District Judge

1